# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00657-CV

**Bradley James Chamberlain, Appellant**

**v.**

**Christine Olsavsky Chamberlain, Appellee**

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 324753, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Bradley James Chamberlain has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Smith

Dismissed on Appellant's Motion

Filed: December 22, 2023